588 S.E.2d 467 (2003)
Ronald M. HUGHES, Jeffrey Lane Clemmons, Clarence Y. Sykes, Oliver J. & Shirley W. Flower, Barry Steel, Dona K. Atkins, Southport Electrical Service, Inc., Keith R. & Holley G. Rogers, Donald B. & Ann T. Stephenson, Julius & Martha G. Carteret, Carmichael Construction Co., Inc., Gregory A. & Vickie M. Potter, Marvin Carroll & Julie J. Martin, Petitioners
v.
TOWN OF OAK ISLAND, Respondent.
No. 361A03.
Supreme Court of North Carolina.
December 5, 2003.
C. Wes Hodges, II, P.L.L.C., by C. Wes Hodges, II, Wilmington, for petitioner-appellees.
Roger Lee Edwards, P.A., by Roger Lee Edwards, Oak Island, for respondent-appellant.
Andrew L. Romanet, Jr., Gregg F. Sscwitzgebel, III, Senior Asst. Gen. Counsel, Raleigh, for amicus N.C. League of Municipalities.
PER CURIAM.
AFFIRMED.